# UNITED STATES DISTRICT COURT
### for the

Southern District of California



| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CHRISTOPHER URIBE (1) | ) | Case No:  11CR0928-JLS         *Th* |
| | ) | |
| | ) | USM No:  23813298 |
| Date of Original Judgment:          11/09/2012 | ) | |
| Date of Previous Amended Judgment: | ) | JAMES FIFE |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
        ☐DENIED.    ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of      180                          months **is reduced to**   152 months                          .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated       11/09/2012      shall remain in effect.
**IT IS SO ORDERED.**

Order Date:          11/04/2015

Judge's signature

Effective Date: _____
        *(if different from order date)*

Janis L. Sammartino, United States District Judge
*Printed name and title*