PROB 12B
(08/16)

April 29, 2022
pacts id: 238554

**UNITED STATES DISTRICT COURT**
**FOR THE**
**SOUTHERN DISTRICT OF CALIFORNIA**

**Request for Modifying the Conditions or Term of Supervision**
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Christopher Uribe (English)                    **Dkt No.:** 11CR00928-001-JLS

**Name of Sentencing Judicial Officer:** The Honorable Janis L. Sammartino, U.S. District Judge

**Sentence:** One hundred and eighty (180) months of custody; followed by five (5) years of supervised release. On November 4, 2015, pursuant to 18 U.S.C. § 3582(c)(2), the Court granted the motion to reduce the previously imposed sentence of imprisonment to one hundred and fifty-two months (152) months. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** November 9, 2012

**Date of Anticipated Supervised Release to Commence:** May 9, 2022

**Prior Violation History:** None.

---

**PETITIONING THE COURT**

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

**REMIT:**

Submit to a search of person, residence, office, or vehicle conducted by a United States Probation Officer at a reason time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to such a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

**ADD:**

Submit to a search of person, property, house, residence, office, vehicle, papers, cellular phone, computer or other electronic communication or data storage devices or media effects, conducted by a United States Probation Officer or any federal, state, or local law enforcement officer, at any time with or without a warrant, and with or without reasonable suspicion. Failure to submit to such a search may be grounds for revocation; you shall warn any other residents that the premises may be subject to searches pursuant to this condition (4th Amendment Waiver Search).

PROB12B
Name of Offender: Christopher Uribe                                                        April 29, 2022
Docket No.: 11CR00928-001-JLS                                                                      Page 2

## CAUSE

Mr. Uribe is on federal supervision for conspiracy to distribute methamphetamine.  He stored and distributed methamphetamine at a stash house. Mr. Uribe has arrest history to include battery, corporal injury on a cohabit, possession/purchase of cocaine base for sale, possess of methamphetamine for sale, and possession of an assault weapon.  Prior arrest history indicates that Mr. Uribe has had a firearm on two occasions in his home, which were during the instant offense and a second time a search of his home found a MAC-90 assault rifle in his room. Additionally, in a vehicle stolen by Mr. Uribe police officers previously found methamphetamine and cocaine. He is a Logan Heights street gang member.

In view of his propensity to be in possession of dangerous weapons, possession of illicit substances, and history of gang ties, the above additional condition is believed necessary to address the risk he presents to the community and to properly supervise him.  Mr. Uribe is not opposed to the above added condition as evidenced by his signature on the attached Waiver of Hearing to Modify Conditions of Supervised Release form.  It is the recommendation of the probation officer that the Court allow for the modifications as noted above.

Respectfully submitted:                          Reviewed and approved:

by

Kim Landreth                                     Dawn M. Bachtold
Sr. U.S. Probation Officer                       Supervisory U.S. Probation Officer
(619) 557-5793

Attachments:

**THE COURT ORDERS:**

  X    THE MODIFICATION OF CONDITIONS AS NOTED ABOVE

_____  OTHER _____

_____

The Honorable Janis L. Sammartino                          05/02/2022
U.S. District Judge                                         Date

                                                           AH for CLK